UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VERNON KING, JR., | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | C.A. NO. C-05-395 |
| | § | |
| DOUGLAS DRETKE, | § | |
|     Respondent. | § | |

## MEMORANDUM OPINION AND ORDER GRANTING RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

On January 30, 2006, the United States Magistrate Judge filed her Amended Memorandum and Recommendation in this cause (D.E. 25). Objections were timely filed (D.E. 27), however, petitioner does not raise any specific objections but merely recites his due process claims. Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, respondent's Motion for Summary Judgment (D.E. 12) is granted and petitioner's cause of action for habeas corpus relief is dismissed. In addition, petitioner's Motions for Deposition on Written Questions and for Relief from Judgment (D.E. 24-1, 24-2) are denied as moot.

ORDERED this __28th__ day of __February__, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE